IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PENNY HESSON, an individual,        )
                                    )        2:06-cv-1704-GEB-DAD
                 Plaintiff,         )
                                    )
       v.                           )        ORDER RE: SETTLEMENT
                                    )        AND DISPOSITION
NCO FINANCIAL SYSTEMS, INC., a      )
Corporation, and DOES 1 through     )
10, inclusive,                      )
                                    )
                 Defendants.        )
_____)

        On June 12, 2007, Plaintiff filed a Notice of Settlement
"notify[ing] the court that this matter has settled." Accordingly,
a dispositional document shall be filed no later than July 2, 2007.
Failure to respond by this deadline may be construed as consent to
dismissal of this action without prejudice, and a dismissal order
could be filed. See L.R. 16-160(b) ("A failure to file

///

///

///

1

dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        IT IS SO ORDERED.

Dated:  June 12, 2007

GARLAND E. BURRELL, JR.
United States District Judge